UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| VERNON B. SCOTT,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No.  3:10-CV-05781-BHS-KLS<br><br><br>ORDER FOR EXTENSION OF TIME<br>TO FILE AN ANSWER |

Based on Defendant's Motion, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Answer Due Date shall be amended as follows:

Defendant shall have up to and including March 18, 2011, to file Defendant's Answer.

DATED this 31st day of January, 2011.

*[signature]*
Karen L. Strombom
United States Magistrate Judge

Presented by:

Page 1       ORDER - [3:10-CV-05781-BHS-KLS]

1

s/ Daphne Banay
DAPHNE BANAY, WSB #21537
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/221A
Seattle, Washington 98104-7075
Telephone:  (206) 615-2113
Fax:  (206) 615-2531
daphne.banay@ssa.gov

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24