UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| VERNON B. SCOTT, | Civil No.  3:10-CV-05781-BHS-KLS |
| Plaintiff, | |
| vs. | ORDER OF REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the Report and Recommendation by United States Magistrate Judge Karen L. Strombom, and the stipulation of the parties, it is hereby ORDERED that the above-captioned case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) for the Appeals Council to issue a fully favorable decision finding Plaintiff disabled with an established onset date of May 15, 2007, the date of Plaintiff's Title XVI application.

DATED this 10th day of March, 2011.

BENJAMIN H. SETTLE
United States District Judge

1

Presented By:

2

s/ Daphne Banay
3  DAPHNE BANAY
Special Assistant United States Attorney
4  Office of the General Counsel
Social Security Administration
5  701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington 98104-7075
6  Telephone: (206) 615-2113
Fax: (206) 615-2531
7  daphne.banay@ssa.gov

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23