UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| VERNON B. SCOTT,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:10-CV-05781-BHS-KLS<br><br><br>JUDGMENT |

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for the Appeals Council to issue a fully favorable decision finding Plaintiff disabled with an established onset date of May 15, 2007, the date of Plaintiff's Title XVI application, pursuant to this Court's ORDER of remand, issued on March 10, 2011.

DATED this 10th day of March, 2011

*/s/ Benjamin H. Settle*
BENJAMIN H. SETTLE
United States District Judge

Page 1      JUDGMENT - [3:10-CV-05781-BHS-KLS]